CHARLES R. STEVENSON, executor, et al., appellants,

*v.*

MARION E. STAMBACH, respondent.

[Argued March 16th and 17th, 1910.    Affirmed without opinion June 20th, 1910.]

On appeals from a decree of the prerogative court advised by Vice-Ordinary Walker, one by the caveatrix affirming the decree of the orphans court admitting the will to probate, but reversing

the order allowing counsel fees to the caveatrix, and the other by the proponent allowing costs and counsel fees.

*Mr. Thomas E. French,* for the appellants.

*Mr. George J. Bergen* and *Mr. John H. Hutchinson,* for the respondent.

On proponent's appeal—

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—14.

*For reversal*—None.

On caveatrix's appeal—

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, VOORHEES, MINTURN, VREDENBURGH, GRAY, DILL—9.

*For reversal*—PARKER, BERGEN, BOGERT, VROOM, CONGDON—5.